

< **Messages**

# Message      Message      > Restore

DAVID ANYANG BUL

\*\*\*-\*\*-8654

## Notice

## Message

Received: Tuesday, Jan 25, 2022
Subject: Denial of Pandemic Unemployment Assistance (PUA) benefits

The Department of Unemployment Assistance (DUA) has notified the office of Pandemic Unemployment Assistance (PUA) that you have exhausted all Pandemic Unemployment Compensation benefits (PEUC 1.1) as of week ending Saturday, Sept. 4, 2021.

Federal UI benefits, including FPUC, PUA, PEUC and MEUC ended the week ending September 4, 2021. No weeks after that will be paid even if a claimant has a balance or remaining weeks to claim. You were collecting PEUC 1.1 in Regular UI and due to ALL Federal benefits ending, including PEUC (extensions and PUA) you are not eligible for continued Pandemic Unemployment Assistance (PUA) benefits after the date of 9/4/2021.

It is critical that you begin looking for work now. Reach out to MassHire for assistance in finding a job. Go to mass.gov/jobquest to register as a MassHire customer.

You are ineligible for Pandemic Unemployment Assistance (PUA) benefits.

If you have questions for DUA, you can contact DUA online at www.mass.gov/dua or call 617-626-6800 M-F 8:30am to 4:30pm.

Site Policies



# Department of Unemployment Assistance

# Unemployment in Massachusetts

© 2020 Commonwealth of Massachusetts

Need Help? Call us at 877-626-6800.

Mass.gov® is a registered service mark of the Commonwealth of Massachusetts.

Mass.gov Privacy Policy

The Commonwealth of Massachusetts
Executive Office of Labor and Workforce Development
Department of Unemployment Assistance

DAVID ANYANG BUL
21 COUNTY RD
CHELSEA MA  02150-1506

Issue Date: October 29, 2021
Letter ID: L0016323652
Claim ID: A00-000-0354-4236

# Notice of Monetary Redetermination

DAVID ANYANG BUL,

Your claim for Pandemic Unemployment Assistance was filed on May 15, 2020. Information about your monetary eligibility is explained below. You should keep this letter for reference throughout the duration of your claim.

## Decision

You meet the monetary eligibility requirements to establish a claim for Pandemic Unemployment Assistance benefits. You are entitled to receive benefits as long as you are not disqualified or held ineligible for other reasons.

## Claim Summary
- You may receive up to **$298.00** each week you are eligible for benefits.
- Your weekly benefit rate is **$298.00**.
- Your weekly dependency allowance is **$0.00**.
- You are eligible for up to **60 weeks of benefits**.
- Your maximum benefit amount, not including your dependency allowance, is **$17,880.00**.
- Your benefit year is effective from **March 22, 2020** until **September 4, 2021**.

The maximum benefit amount shown above does **not** include any Federal Pandemic Unemployment Compensation (FPUC) that you are potentially eligible to receive. Individuals receiving Pandemic Unemployment Assistance benefits may also be eligible to receive an additional $300 weekly benefit amount under the FPUC program between the weeks ending **January 2, 2021** and **September 4, 2021**.

**You do not need to contact the agency or submit a separate application to be considered eligible for the additional $300 FPUC.** It will be **automatically** applied to your payment for qualifying weeks and is separate from your Pandemic Unemployment Assistance weekly benefit amount.

High Unemployment Period Extended Benefits (HUP EB) triggered off in Massachusetts due to economic conditions as of the week ending February 20, 2021. Because of this, Massachusetts PUA claimants are no longer entitled to the seven week HUP EB extension of benefits in addition to the 60 weeks.

## Weekly Certifications

You must certify your eligibility **every week** to continue receiving benefits. Failure to certify each week will result in non-payment for that week.

**Online:** To certify online, visit https://ui-cares-act.mass.gov/PUA/ and log in to your account. Your online account is accessible twenty-four hours a day and seven days a week.

កាមកំណត់កាលបរិច្ឆេទនេះដើម្បីបីការការពារសិទ្ធិរបស់អ្នក។

Thông báo này có các thông tin quan trọng về việc kháng cáo đã được xác định trên trang đầu tiên của thông báo này. Việc dịch ngay thông báo này là rất quan trọng. Quý vị có thể cần phải trả lời chậm nhất vào ngày cụ thể để bảo vệ quyền của mình.

ຫນັງສືແຈ້ງການນີ້ລວມມີຂໍ້ມູນທີ່ສໍາຄັນກ່ຽວກັບການຂໍອຸທອນທີ່ໄດ້ກໍານົດ ຢູ່ໃນຫນ້າທໍາອິດຂອງຫນັງສືແຈ້ງການນີ້. ການເອົາຫນັງສືນີ້ແປເປັນທັນທີແມ່ນສໍາຄັນຫລາຍ. ທ່ານອາດຈະຈໍາເປັນຕ້ອງ ຕອບມັນໃຫ້ຫມົດໃນວັນທີສະເພາະໃດຫນຶ່ງ ເພື່ອປົກປ້ອງສິດທິຂອງທ່ານ.

這份通知包含了有關本通知第一頁中所指上訴的重要資訊。因此立即請人翻譯相關內容是非常重要的。您或許必須在某個時間之前提出答辯狀以保護您的權利。

이 통지서에는 본 통지서 첫 페이지에 나오는 항소에 관한 중요한 정보가 들어 있습니다. 이것이 즉시 번역되도록 하는 것은 중요합니다. 귀하는 귀하의 권리를 보호하기 위하여 특정 날짜까지 응답해야 할 수도 있습니다.

يتضمن هذا الإشعار معلومات هامة حول الإستئناف المذكور في الصفحة الأولى من هذا الإشعار. من المهم القيام بترجمة هذا الإشعار فوراً. قد يتعين عليك الرد في تاريخ معين لحماية حقوقك.